

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/17

November 21, 2017

By Electronic Mail
The Honorable Richard J. Sullivan
United States District Court
 for the Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Jona Rechnitz, 16 Cr. 389 (RJS)

Dear Judge Sullivan:

      The Government respectfully requests that fully un-redacted versions of the plea transcript, sealing correspondence, and courtroom closure materials in this case be docketed and publically filed. For the Court's convenience, the Government attaches as Exhibit A fully un-redacted versions of these materials. As the Court is aware, the Court previously granted the Government's request to file the plea transcript, sealing correspondence, and courtroom closure materials in redacted form because the redacted matters related to ongoing investigations. The Government submits that the redactions are no longer necessary as the defendant has testified publically about the redacted matters in *United States* v. *Seabrook, et al.*, 16 Cr. 467 (ALC). Defense counsel does not object to this request.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By:_____
Martin S. Bell, Russell Capone, and
Kan M. Nawaday
Assistant United States Attorneys
Southern District of New York
(212) 637-2463 / 2247 / 2311

```
IT IS HEREBY ORDERED THAT, by
November 28, 2017, the government
shall publically docket unredacted
copies of the above-referenced
documents.
```

SO ORDERED
Dated: 11/21/17
RICHARD J. SULLIVAN
U.S.D.J.

Attach.

Cc:   Alan Levine, Esq.
       Laura Birger, Esq.
       Counsel for the Defendant (By electronic mail)