UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

JONA RECHNITZ,

              Defendant.

No. 16-cr-___ (RJS)
<u>SEALED ORDER</u>

---

<u>RICHARD J. SULLIVAN</u>, District Judge:

      The Court is in receipt of an application from the government requesting that (1) the Information and related charging paperwork in this matter remain under seal until further order of the Court; (2) the courtroom be closed for the defendant's waiver of indictment and guilty plea on June 6, 2016; (3) the transcript of the defendant's waiver of indictment and plea be sealed until further order of the Court; and (4) docketing of the Information, related charging paperwork, and the defendant's waiver of indictment and plea be delayed until further order of the Court. Having reviewed the enclosed affidavit from the government, the Court concludes that active law enforcement investigations would be compromised if the government's application is not granted. Therefore, the Court concludes that the presumption of open records has been rebutted. *See United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995) (recognizing that "the danger of impairing law enforcement" may justify sealing).

      Accordingly, IT IS HEREBY ORDERED that (1) the Information and related charging paperwork in this matter shall be sealed until further order of the Court; (2) the courtroom shall be closed for the defendant's waiver of indictment and plea; (3) the transcript of the defendant's waiver of indictment and plea shall be sealed until further order of the Court; and (4) the docketing of the Information, related charging paperwork, the defendant's waiver of indictment and plea, and the transcript of the defendant's

waiver of indictment and plea shall be delayed until further order of the Court. IT IS FURTHER ORDERED that this Order and the related Application be sealed and their docketing delayed until further order of the Court. IT IS FURTHER ORDERED that the government shall report to the Court within 30 days regarding the continuing need, if any, to maintain these matters under seal. IT IS FURTHER ORDERED that the government shall submit a courtesy copy of this report by email to the Court at sullivanNYSDchambers@nysd.uscourts.gov.

SO ORDERED.

Dated:    June 3, 2016
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE