UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/17

UNITED STATES OF AMERICA

-v-

JONA RECHNITZ,

Defendant.

No. 16-cr-389 (RJS)
SEALED ORDER

RICHARD J. SULLIVAN, District Judge:

In light of recent events and public reports on Defendant's cooperation in this case, IT IS HEREBY

ORDERED THAT the parties shall submit under seal a letter explaining the need for the continued sealing

of this matter by July 20, 2016.  IT IS FURTHER ORDERED that the parties shall submit a courtesy copy

of their letter by email to the Court at sullivanNYSDchambers@nysd.uscourts.gov.  For the reasons

previously stated on the record, this Order and the previous submissions in this case shall remain, for the

time being, under seal. *See United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995).

SO ORDERED.

Dated:       July 13, 2016
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE