# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

## MEMORANDUM

*Via Inter-Office Mail*

**TO:** Honorable Alvin K. Hellerstein
United States District Judge

**CC:** Martin Bell, Assistant United States Attorney
Russell Capone, Assistant United States Attorney

**FROM:** Richard Wilson
Chief Deputy Clerk, Administration

**DATE:** April 14, 2020

**SUBJECT:** *United States of America v. Jona Rechnitz,*
16 Cr. 389 (AKH)

================================================================

For your review, I am enclosing correspondence received in the Office of the Clerk of Court, on April 2, 2020.

If you should have any questions, please contact me at extension 0149.

*please file this letter in*

*AKH*

Beneficiary Request-1

# Chora | Young LLP
Attorneys at Law
A Limited Liability Partnership

Collection Law
Judgment Enforcement
Asset Location & Seizure
Pre-Judgment Remedies

650 Sierra Madre Villa, Ste. 304 • Pasadena, CA 91107 • Tel: 626-744-1838

March 27, 2020

SENT VIA US MAIL

U.S. District Court, Southern District of New York
500 Pearl St
New York, NY 10007

**Re: BENEFICIARY STATEMENT REQUEST**
**Borrower: Robert Rechnitz and Melanie Susan Rechnitz**
**Property Address: 454 S McCadden Place, Los Angeles, CA 90020**
**Recorded Instrument No.: 20160683228**

To Whom It May Concern:

Pursuant to Civil Code §2943, this firm is requesting a Beneficiary Statement from the senior lienholders of the above-described property, of which U S District Court, Southern District of New York is one.

My client, WVJP 2018-3, LP, currently holds a subordinate judgment lien on the subject property reference above, secured by an Amended Abstract of Judgment recorded in Los Angeles County (instrument no.: 20190441523). A copy of the Abstract of Judgment is attached hereto for your reference.

Civil Code §2943 states in pertinent part:

> 2) "Beneficiary statement" means a written statement showing:
> (A) The amount of the unpaid balance of the obligation secured by the mortgage or deed of trust and the interest rate, together with the total amounts, if any, of all overdue installments of either principal or interest, or both
> (B) The amounts of periodic payments, if any.
> (C) The date on which the obligation is due in whole or in part
> (D) The date to which real estate taxes and special assessments have been paid to the extent the information is known to the beneficiary.
> (E) The amount of hazard insurance in effect and the term and premium of that insurance to the extent the information is known to the beneficiary.
> (F) The amount in an account, if any, maintained for the accumulation of funds with which to pay taxes and insurance premiums.
> (G) The nature and, if known, the amount of any additional

Beneficiary Request-2

        charges, costs, or expenses paid or incurred by the beneficiary which have become a lien on the real property involved.
        (H) Whether the obligation secured by the mortgage or deed of trust can or may be transferred to a new borrower.

Civil Code §2943 also states that "A beneficiary, or his or her authorized agent, shall, within *21 days* of the receipt of a written demand by an entitled person or his or her authorized agent, prepare and deliver to the person demanding it a true, correct, and complete copy of the note or other evidence of indebtedness with any modification thereto, and a beneficiary statement." [Emphasis added.]

*Please provide the Beneficiary Statement within 21 days of receipt of this correspondence.*

Should you have any questions or concerns, please do not hesitate to contact me at (626) -744-1838-

Sincerely,

Joseph Chora, Esq.
Attorney for WVJP 2018-3, LP

JC/jh

Attachment




**This page is part of your document - DO NOT DISCARD**





**20190441523**

Pages:
0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**05/14/19 AT 04:51PM**

|  |  |
|---|---|
| FEES: | 32.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 107.00 |






LEADSHEET



201905143280105

**00016610326**



009823299

SEQ:
01

DAR - Counter (Upfront Scan)



THIS FORM IS NOT TO BE DUPLICATED




E802868

**EJ-001**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number)*
After recording, return to:
Joseph Chora, SBN 284700
Paul P. Young, SBN 257571
CHORA YOUNG LLP
650 Sierra Madre Villa Ave, Suite 102
Pasadena, California 91107
TEL NO.: (626) 744-1838   FAX NO. (optional):
E-MAIL ADDRESS (Optional):

[x] ATTORNEY FOR   [ ] JUDGMENT CREDITOR   [x] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: CWR Holdings, LLC
DEFENDANT: Bomel San Diego Equities, LLC et al

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [x] Amended

CASE NUMBER: BC607132

FOR RECORDER'S USE ONLY
FOR COURT USE ONLY

1. The [x] judgment creditor  [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────────┐
      │ Robert Rechnitz              │
      │ 454 South McCadden Place     │
      │ Los Angeles, CA 90020        │
      └─────────────────────────────┘
   b. Driver's license no. [last 4 digits] and state   [x] Unknown
   c. Social security no. [last 4 digits]: 6466   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*.

   Robert Rechnitz, 5455 Wilshire Blvd., Suite 800, Los Angeles, CA 90036

2. [x] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   WVJP 2018-3, LP
   c/o Chora Young, LLP 650 Sierra Madre Villa Ave. ste. 102
   Pasadena, CA 91107

   Date: April 22, 2019
   Paul P. Young, Esq
   *(TYPE OR PRINT NAME)*

4. [ ] Information on additional judgment creditors is shown on page 2
5. [x] Original abstract recorded in this county:
   Los Angeles
   a. Date: 3/23/2017
   b. Instrument No. 20170331356

   ▶ *(signature)*
   *(SIGNATURE OF APPLICANT OR ATTORNEY)*

6. Total amount of judgment as entered or last renewed: $787,919.17
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 12/8/2016
   b. Renewal entered on *(date)*.
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows
    a. Amount: $
    b. In favor of *(name and address)*

11. A stay of enforcement has
    a. [x] not been ordered by the court
    b. [ ] been ordered by the court effective until *(date)*:
12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached

[SEAL]
Sherri R. Carter, Executive Officer / Clerk of Court
This abstract issued on *(date)*: 05/13/2019
Clerk, by Anita K. Barron, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: CWR Holdings, LLC | COURT CASE NO |
| DEFENDANT: Bomel San Diego Equities, LLC et al. | BC607132 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address
Bomel San Diego Equities, LLC
5455 Wilshire Blvd., Suite 1002
Los Angeles, CA 90036

Driver's license no. [last 4 digits] and state. ☒ Unknown
Social security no. [last 4 digits]: ☒ Unknown

Summons was personally served at or mailed to *(address)*:
Bomel San Diego Equities, LLC
Fame Zuluaga, Agent for Service of Process
5455 Wilshire Blvd., Suite 800
Los Angeles, CA 90036

17. Name and last known address

Driver's license no. [last 4 digits] and state ☐ Unknown
Social security no. [last 4 digits] ☐ Unknown

Summons was personally served at or mailed to *(address)*:

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address)*:

19. Name and last known address

Driver's license no. [last 4 digits] and state ☐ Unknown
Social security no. [last 4 digits] ☐ Unknown

Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20

EJ-001 [Rev July 1, 2014]    **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    Page 3 of 2

**Chora | Young LLP**
3579 E. Foothill Blvd. #390
Pasadena, CA 91107



SANTA ANA
CA 925
30 MAR '20
PM 8 L

Ordrs & Jdgmts

U.S. District Court, Southern District of New York
500 Pearl St
New York, NY 10007

$0.65
US POSTAGE
FIRST-CLASS
062S0010120297
91107

2020 APR -2 PM 3:51

10007-133099