```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
                                                                :
UNITED STATES OF AMERICA,                                       :   ORDER GRANTING MOTION
                                                                :   TO SEAL AND DEFERRING
        -against-                                               :   DECISION ON MOTION TO
                                                                :   WITHDRAW
JONA RECHNITZ,                                                  :
                                                                :   16 Cr. 389 (AKH)
                                  Defendant.                    :
                                                                :
--------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant Jona Rechnitz's counsel, Cooley LLP ("Cooley"), moves to withdraw as counsel and to seal certain documents in connection with the motion to withdraw. ECF Nos. 98, 99, 100. The request to file documents under seal is granted. Cooley is hereby instructed to submit its sealed papers by email to HellersteinNYSDChambers@nysd.uscourts.gov by the end of the day on August 25, 2020.

        The Court reserves judgment on the motion to withdraw as counsel until after its review of the sealed filings.

        SO ORDERED.

Dated:    August 25, 2020              _____/s/_____
              New York, New York           ALVIN K. HELLERSTEIN
                                                  United States District Judge