UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA,

    -v-　　　　　　　　　　　　　　　　**SCHEDULING ORDER**

    　　　　　　　　　　　　　　　　　　16 Cr. 389(AKH)

JONA RECHNITZ,

　　　　　　　　　　Defendant.
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The parties are hereby ordered to appear for an oral argument on December 29, 2020 at 11:00 a.m., which conference will be held via the following call-in number:

    **Call-in number: 888-363-4749**

    **Access code: 7518680**

    To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the argument.

    Finally, no later than December 15, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

    SO ORDERED.

Dated:   November 17, 2020　　　　＿＿＿＿＿/s/ Alvin K. Hellerstein＿＿＿＿＿＿
　　　　　　New York, New York　　　　　　ALVIN K. HELLERSTEIN
　　　　　　　　　　　　　　　　　　　　United States District Judge