UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

JONA RECHNITZ,

                      Defendant.
------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

16 Cr. 389 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On September 21, 2020, the Second Circuit issued a mandate returning jurisdiction of the above-captioned case so that I can "reconsider [the] assessment of [Rechnitz'] culpability and financial condition in light of the new evidence presented by [COBA] and any other factors found relevant." ECF No. 104 at 2. In passing jurisdiction back to me for reconsideration of COBA's motion on the merits, the Circuit also rejected Rechnitz's contention that COBA's motion was untimely. *See id.*

        Jurisdiction having been restored to this Court, the parties are hereby ordered to provide updated and reliable information regarding Rechnitz' financials and capability to pay restitution by January 4, 2021. Any further comments shall be submitted by January 7, 2021. Oral argument in this matter, currently scheduled for December 29, 2020, is hereby adjourned until January 12, 2021 at 3:00 p.m. An updated PSR shall be issued prior to said oral argument.

        SO ORDERED.

Dated:   December 17, 2020  
             New York, New York

                                                                  /s/  
                                                    ALVIN K. HELLERSTEIN  
                                                   United States District Judge