```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
UNITED STATES OF AMERICA                                        :
                                                                :   ORDER REGULATING
            -against-                                           :   PROCEEDINGS
                                                                :
JONA RECHNITZ,                                                  :   16 Cr. 389 (AKH)
                                                                :
                        Defendant.                              :
                                                                :
--------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The court has received additional submissions of the parties, dated January 4 and 7, 2021. *See* ECF 119-21.

       Rechnitz states in his January 7 letter that he has furnished information to Probation. *See* ECF No. 120. The court's order required the parties to submit information to the court on January 4, 2021, with additional comments on January 7. Rechnitz is ordered to provide the information that he gave to Probation to the court by Monday, January 11, 2021, noon, with a copy simultaneously to COBA. Any further submissions are due January 11. Neither party may submit papers after that date, except after obtaining leave of court.

       The date set for argument, January 12, 2021, is adjourned to January 19, 2021, at 10:00 a.m.

       The clerk shall terminate ECF No. 120.

       SO ORDERED.

Dated:    January 8, 2021                          /s/ Alvin K. Hellerstein
             New York, New York              ALVIN K. HELLERSTEIN
                                                      United States District Judge