UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA                      :
:  **ORDER REGULATING**
    -against-                                :  **PROCEEDINGS**
:
JONA RECHNITZ,                                     :  16 Cr. 389 (AKH)
:
                         Defendant.      :
:
-------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

       The hearing of COBA's motion for restitution, pursuant to mandate of the Court of Appeals, is adjourned, from January 19, 2021, to January 26, 2021, at 2:30 p.m.

       SO ORDERED.

Dated:    January 15, 2021                        _____/s/_____
             New York, New York                ALVIN K. HELLERSTEIN
                                                             United States District Judge