# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of January, two thousand twenty-one.

Before:     José A. Cabranes,
              *Circuit Judge.*

In re: Jona Rechnitz,
        Petitioner.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Jona Rechnitz,

        Petitioner,

v.

United States of America,

        Respondent.

**ORDER**

Docket No. 21-77

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 25 2021
```

     Petitioner moves for an administrative stay of the district court proceedings until this Court decides his petition for a writ of mandamus.

     IT IS HEREBY ORDERED that the Petitioner is GRANTED an administrative stay of all district court proceedings until further order of this Court. The stay motion will be REFERRED to the first substantive motions panel whose presiding judge accepts this case for oral argument and disposition.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/25/2021