UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                     :

UNITED STATES OF AMERICA         :

                                     :

     -against-                        :

                                     :

JONA RECHNITZ,                  :

                                   :

                Defendant.    :

                                     :

------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

16 Cr. 389 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Pursuant to the Second Circuit's mandate, the Order to Disclose (ECF No. 127) dated January 13, 2021, is hereby vacated. *See* ECF No. 140, at 2.

        The parties shall simultaneously file any further submissions with respect to the Correction Officers' Benevolent Association's Motion for Restitution (ECF No. 81) by July 26, 2021, and appear for an oral argument on August 3, 2021, at 2:30 p.m.

        The Clerk shall terminate ECF Nos. 128, 130 as moot.

        SO ORDERED.

Dated:     July 6, 2021                     _____/s/_____
           New York, New York             ALVIN K. HELLERSTEIN
                                       United States District Judge