UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA,                   :
                                            :
                    Plaintiff               :     **SCHEDULING ORDER**
                                            :
        -v-                                 :     16 Cr. 389 (AKH)
                                            :
JONA RECHNITZ,                              :
                                            :
                    Defendant.              :
                                            :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for oral argument on August 3, 2021 at 2:30 p.m., which will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the sentencing.

       Finally, no later than July 30, 2021, at 4:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:  July 29, 2021              _____//S//_____
           New York, New York       ALVIN K. HELLERSTEIN
                                   United States District Judge