**SHER TREMONTE** LLP

November 5, 2021

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The request is approved. So ordered.
/s/ Alvin K. Hellerstein
November 5, 2021

Re:   *United States v. Jona Rechnitz*, 16 Cr. 389 (AKH)

Dear Judge Hellerstein:

    We write on behalf of our client, Jona Rechnitz, the defendant in the above-referenced matter, to respectfully request a temporary modification to Mr. Rechnitz's conditions of release to permit him to travel to Toronto, Canada next week to visit a relative who is suffering from acute health problems.  Both Judge Sullivan and Your Honor have previously approved similar modifications to allow international travel.  If approved, Mr. Rechnitz will provide his precise itinerary in advance of the travel and, consistent with his prior international trips, will surrender his wife's passport to Pretrial Services for the duration of the travel.  We have discussed this request with AUSA Lara Pomerantz, who advises that the government consents to the proposed travel.

        Respectfully submitted,

        /s/Noam Biale
        Michael Tremonte
        Noam Biale

        *Attorneys for Jona Rechnitz*

cc:   All counsel of record (by ECF)