# SHER TREMONTE LLP

November 14, 2021

<u>**BY ECF**</u>

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The requests are approved.  So ordered.
/s/ Alvin K. Hellerstein
November 15, 2021

    Re:    *United States v. Jona Rechnitz*, 16 Cr. 389 (AKH)

Dear Judge Hellerstein:

    We write on behalf of our client, Jona Rechnitz, the defendant in the above-referenced matter, to follow up on our request for travel, dated November 5, 2021, and to respectfully request additional travel authorization.  On November 8, 2021, Your Honor granted Mr. Rechnitz permission to travel to Canada to visit a sick relative.  Mr. Rechnitz was unable to visit this relative, his aunt, last week because she was hospitalized and could receive only limited visitors.  Accordingly, we respectfully request that Mr. Rechnitz's authorization to travel to Canada be extended until next week when he may be able to visit her.  In the interim, Mr. Rechnitz also respectfully requests authorization to travel to Mexico for business purposes.  If approved, Mr. Rechnitz will provide his precise itinerary in advance of the travel and, consistent with his prior international trips, will surrender his wife's passport to Pretrial Services for the duration of the travel.  We have discussed this request with AUSA Lara Pomerantz, who advises that the government consents to the proposed travel.

    Respectfully submitted,

    /s/Noam Biale
    Michael Tremonte
    Noam Biale

    *Attorneys for Jona Rechnitz*

cc:    All counsel of record (by ECF)