# SHER TREMONTE LLP

November 23, 2021

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The request is granted. The travel authorization is extended through Wednesday, December 1, 2021. So ordered.
/s/ Alvin K. Hellerstein
November 23, 2021

Re:  *United States v. Jona Rechnitz*, 16 Cr. 389 (AKH)

Dear Judge Hellerstein:

We write on behalf of our client, Jona Rechnitz, the defendant in the above-referenced matter, to respectfully request that Your Honor extend the travel authorization that was previously granted, to allow Mr. Rechnitz to travel to Canada, until Wednesday, December 3. Consistent with the Court's prior order, Mr. Rechnitz is planning to travel to Canada to visit his sick aunt; however, because of the Thanksgiving holiday, he was unable to obtain tickets this week. Accordingly, we respectfully request that Your Honor extend the prior travel authorization to December 1, so that he can travel early next week. As he has done previously, Mr. Rechnitz will surrender his wife's passport for the duration of the travel. We have discussed this request with AUSA Lara Pomerantz, who advises that the government consents.

Respectfully submitted,

/s/Noam Biale
Michael Tremonte
Noam Biale

*Attorneys for Jona Rechnitz*

cc:   All counsel of record (by ECF)