# SHER TREMONTE LLP

December 10, 2021

**BY ECF**

The request is approved.  So ordered.
/s/ Alvin K. Hellerstein
December 10, 2021

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States v. Jona Rechnitz*, 16 Cr. 389 (AKH)

Dear Judge Hellerstein:

We write on behalf of our client, Jona Rechnitz, the defendant in the above-referenced matter, to respectfully request permission for Mr. Rechnitz to travel to the United Arab Emirates on business from Monday, December 13, 2021 to Friday, December 17, 2021.  The Court recently granted Mr. Rechnitz authorization to travel to Mexico and Canada, and he timely returned from both trips.  As he has done in the past, if this application is approved, Mr. Rechnitz will surrender his wife's passport for the duration of the travel.  The sole AUSA assigned to this matter, Lara Pomerantz, is currently on trial before the Honorable Alison J. Nathan and thus we are unable to obtain her position on the request; however, we note that the government has consented to all previous requests for international travel by Mr. Rechnitz.  Accordingly, we respectfully request that the Court grant authorization for the requested travel.

Respectfully submitted,

/s/Noam Biale
Michael Tremonte
Noam Biale

*Attorneys for Jona Rechnitz*

cc:     All counsel of record (by ECF)