# SHER TREMONTE LLP

December 22, 2021

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The requests are approved. So ordered.
/s/ Alvin K. Hellerstein
December 23, 2021

Re:   *United States v. Jona Rechnitz*, 16 Cr. 389 (AKH)

Dear Judge Hellerstein:

    We write on behalf of our client, Jona Rechnitz, the defendant in the above-referenced matter, to respectfully request travel authorization to two international locations which the Court previously approved. First, Mr. Rechnitz would like to return to the United Arab Emirates to continue the business meetings he had earlier this month. The planned travel is from December 26, 2021 to January 4, 2022. Second, the health Mr. Rechnitz's aunt, whom he visited in Toronto, Canada, last month, has unfortunately taken a turn for the worse, and it is likely that he will need to travel there on very short notice if her condition rapidly deteriorates. Accordingly, we respectfully request authorization for Mr. Rechnitz to travel to Canada on notice to the government and Pretrial Services, as the need should arise. If these requests are approved, Mr. Rechnitz will surrender his wife's passport for the duration of the travel, as he has done previously.

    We have spoken with AUSA Lara Pomerantz about the proposed requests and she consents on behalf of the government.

Respectfully submitted,

/s/Noam Biale
Michael Tremonte
Noam Biale

*Attorneys for Jona Rechnitz*

cc:   All counsel of record (by ECF)