UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-

JONA RECHNITZ,

                      Defendant.

-------------------------------------------------------------- X

**ORDER**

16 Cr. 389 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On August 24, 2020, counsel for Defendant submitted a motion to withdraw and to seal certain documents. ECF No. 98. I resolved that motion via my rulings on August 25, 2020 (ECF No. 101) and August 26, 2020 (ECF No. 102), but ECF No. 98 remains pending. Accordingly, the Clerk shall terminate ECF No. 98.

        SO ORDERED.

Dated:    February 24, 2022                      /s/ Alvin K. Hellerstein
            New York, New York              ALVIN K. HELLERSTEIN
                                                            United States District Judge