# SHER TREMONTE LLP

April 27, 2022

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: So Ordered, A.K. Hellerstein, 4/28/22]*

Re: *United States v. Jona Rechnitz*, 16 Cr. 389 (AKH)

Dear Judge Hellerstein:

We write on behalf of our client, Jona Rechnitz, the defendant in the above-referenced matter, to respectfully request travel authorization to the United Arab Emirates to continue the business meetings he had in late 2021, for which this Court previously approved travel. The planned itinerary is from May 8, 2022 to May 18, 2022. If this request is approved, Mr. Rechnitz will surrender his wife's passport for the duration of the travel to the FBI, as he has done previously.

We have spoken with AUSA Lara Pomerantz about the proposed requests and she consents on behalf of the government.

Respectfully submitted,

/s/Noam Biale
Michael Tremonte
Noam Biale

*Attorneys for Jona Rechnitz*

cc: All counsel of record (by ECF)