# SHER TREMONTE LLP

May 2, 2022

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *United States v. Jona Rechnitz*, 16 Cr. 389 (AKH)

Dear Judge Hellerstein:

We write on behalf of our client, Jona Rechnitz, the defendant in the above-referenced matter, to respectfully request a slight modification to the travel request we made on April 27, 2022, which the Court granted the following day. Mr. Rechnitz had originally been scheduled to travel to the United Arab Emirates on May 8, but his departure date has moved up to May 4. All other details of the travel remain the same. We have advised AUSA Lara Pomerantz that we intend to request this change. The government previously consented to the proposed travel and consents to this proposed change in itinerary.

We appreciate the Court's consideration.

Respectfully submitted,

/s/Noam Biale
Michael Tremonte
Noam Biale

*Attorneys for Jona Rechnitz*

cc:    All counsel of record (by ECF)