# SHER TREMONTE LLP

May 17, 2022

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The request is granted. So ordered.
/s/ Alvin K. Hellerstein
May 17, 2022

Re:   *United States v. Jona Rechnitz*, 16 Cr. 389 (AKH)

Dear Judge Hellerstein:

We write on behalf of our client, Jona Rechnitz, the defendant in the above-referenced matter, to respectfully request a slight modification to the travel request we made on May 2, 2022, and which the Court approved the following day. Dkt. # 170. As Your Honor knows, Mr. Rechnitz is in the United Arab Emirates on business. On May 13, 2022, the country's president, Sheikh Khalifa bin Zayed, died and the government declared a period of mourning, including a three-day pause on all business activities. Accordingly, Mr. Rechnitz would like to extend his trip briefly to complete the work he traveled there to do. In order to avoid traveling on Shabbat, Mr. Rechnitz respectfully requests that the Court extend the travel authorization to Monday, May 23. We have contacted AUSA Lara Pomerantz, who previously consented to the travel, regarding this proposed change in itinerary and, as of this time, have not received a response.

We appreciate the Court's consideration.

Respectfully submitted,

/s/Noam Biale
Michael Tremonte
Noam Biale

*Attorneys for Jona Rechnitz*

cc:   All counsel of record (by ECF)