# SHER TREMONTE LLP

August 29, 2022

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
FILED: _____
```

      Re:    *United States v. Jona Rechnitz*, 16 Cr. 389 (AKH)

Dear Judge Hellerstein:

      We write on behalf of our client, Jona Rechnitz, to update our letter, filed earlier today, requesting permission for Mr. Rechnitz to travel to Japan from September 14 to September 23, 2022, for work. After filing our letter, AUSA Pomerantz advised that the government consents to the request. Accordingly, we respectfully request that the Court grant permission for Mr. Rechnitz's travel.

      We appreciate the Court's consideration.

                          Respectfully submitted,

                          /s/Noam Biale
                        Michael Tremonte
                        Noam Biale

                        *Attorneys for Jona Rechnitz*

cc:    All counsel of record (by ECF)

*[Handwritten annotation by Judge:]* Denied. Defendant's travels are of a degree that makes the application inconsistent with the purpose of supervision. Please reapprise. 9-7-2022
A.K. Hellerstein

Judge wrote:

"Denied. Defendant's travels are of a degree that makes this application inconsistent with the purpose of supervised release.

9-7-2022
Alvin K. Hellerstein"