# SHER TREMONTE LLP

December 19, 2022

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> *[Handwritten note from Judge:]* So ordered in the [illegible] Defendant shall advise the Court how much restitution def it has been paid.
> 12-19-22
> /s/ AKH

**Re:** *United States v. Jona Rechnitz*
Case No. 16-CR-389 (AKH)

Dear Judge Hellerstein:

I write on behalf of my client, Jona Rechnitz, to respectfully request approval for travel to the United Arab Emirates from December 27, 2022 to January 6, 2023. As the Court is aware, Mr. Rechnitz's work requires him to travel abroad periodically. Following his last trip to United Arab Emirates, Mr. Rechnitz was able to make a further restitution payment to COBA. Should the Court grant authorization, Mr. Rechnitz will, as he has in the past, surrender his wife's passport to the FBI for the duration of the travel. I have advised the government of Mr. Rechnitz's travel plans and requested its consent. As of this time, I have not yet received a response, but I will provide the government's position in a follow-up letter as soon as I learn it.

Respectfully submitted,

/s/Noam Biale
Noam Biale
SHER TREMONTE LLP

*Attorneys for Jona Rechnitz*

cc: All Counsel (via ECF)