# SHER TREMONTE LLP

February 27, 2023

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

So Ordered.
*/s/ Alvin K. Hellerstein*
2-28-2023

**Re:** *United States v. Jona Rechnitz*, 16 Cr. 389 (AKH)

Dear Judge Hellerstein:

    I represent Jona Rechnitz, the defendant in the above-referenced case. As Your Honor is aware, Mr. Rechnitz is currently on a Court-authorized trip to the United Kingdom, with a return scheduled for March 2, 2023. It is possible that Mr. Rechnitz will need to stop over in France for business on his way back to the United States, possibly as early as tomorrow. The date of his return will remain unchanged. Accordingly, I respectfully request permission for Mr. Rechnitz to go to France between tomorrow and March 2, 2023, returning home on the latter date. I have advised the government of the proposed change to Mr. Rechnitz's itinerary.

    I appreciate the Court's consideration.

Respectfully submitted,

/s/Noam Biale
Noam Biale

*Attorney for Jona Rechnitz*

cc:    All counsel of record (by ECF)