# SHER TREMONTE LLP

June 21, 2023

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
June 23, 2023

Re:   *United States v. Jona Rechnitz*, 16 Cr. 389 (AKH)

Dear Judge Hellerstein:

I write on behalf of my client, Jona Rechnitz, the defendant in the above-referenced matter, to respectfully request travel authorization to Italy from July 2, 2023 to July 10, 2023. The purpose of the trip is a combination of business meetings and vacation, which Mr. Rechnitz will take with his wife. Since Mr. Rechnitz has surrendered his wife's passport during previous periods of international travel, for purposes of this trip, he would surrender his children's passport for the duration.

I have advised the government and the Pretrial Services office of the details of the trip and both take no position on the request.

Respectfully submitted,

/s/*Noam Biale*
Noam Biale

*Attorney for Jona Rechnitz*

cc:   All counsel of record (by ECF)