# SHER TREMONTE LLP

June 29, 2023

**BY ECF**

SO ORDERED

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

/s/ Alvin K. Hellerstein
U.S.D.J.
June 29, 2023

Re: *United States v. Jona Rechnitz*, 16 Cr. 389 (AKH)

Dear Judge Hellerstein:

I represent Jona Rechnitz, the defendant in the above-referenced case. On June 23, 2023, the Court approved Mr. Rechnitz's request to travel to Italy from July 2 to 10. Mr. Rechnitz would like to extend his trip with a three-day stopover in France where he will be attending certain business meetings. He would return on July 14. The government and Pretrial continue to take no position on this request.

I appreciate the Court's consideration.

Respectfully submitted,

/s/Noam Biale
Noam Biale

*Attorney for Jona Rechnitz*

cc: All counsel of record (by ECF)