# SHER TREMONTE LLP

July 6, 2023

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Defendant's request is denied. Excessive international travel is not consistent with the purpose of his supervised release.

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
July 12, 2023

Re:   *United States v. Jona Rechnitz*, 16 Cr. 389 (AKH)

Dear Judge Hellerstein:

I write on behalf of my client, Jona Rechnitz, to respectfully request that the Court approve an extension of the trip Mr. Rechnitz is currently on and which Your Honor previously approved. Mr. Rechnitz is scheduled to return home from business travel to France on July 14, 2023. He would like to extend his trip to July 20 for additional meetings. Some of these meetings will take place in Monaco, but otherwise Mr. Rechnitz will at all times be staying in France. If the Court approves this request, he will return on the 20th. The government and Pretrial continue to take no position on this matter.

I appreciate the Court's consideration.

Respectfully submitted,

/s/*Noam Biale*
Noam Biale

*Attorneys for Jona Rechnitz*

cc:   All counsel of record (by ECF)