UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            -v.-<br><br>JONA RECHNITZ,<br><br>                        Defendant. | 16 Cr. 389 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are ORDERED to appear for a conference to discuss next steps in this matter on **August 11, 2023**, at 11:30 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Defendant may participate by telephone. The Court will provide him with dial-in information at a later date.

SO ORDERED.

Dated:   July 28, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge