**SHER TREMONTE LLP**

December 21, 2023

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *United States v. Jona Rechnitz*, 16-cr-389 (KPF)

Dear Judge Failla,

    I represent Jona Rechnitz.  I write to respectfully request an adjournment of sentencing, currently scheduled for February 6, 2024, for approximately sixty days.  The reason for the requested adjournment is due to scheduling issues that have arisen both for me and for my client that make the current schedule difficult.  First, I had what was likely to be a one-to-two-day evidentiary hearing in the Eastern District of New York scheduled for this week, which was adjourned to January 22 and 23, 2024, the latter being the day responsive briefs are due in this matter.  Meanwhile, Mr. Rechnitz had a hearing and trial scheduled in a civil matter in state court in California on January 18 and February 13, respectively.  His attorney has advised that he needs at least the week before the trial—which includes the sentencing date in this matter—to prepare with Mr. Rechnitz (he also advised that he sought to have the trial adjourned in light of the sentencing here, but that motion was denied).  Finally, I continue to engage in substantive discussions with the government regarding the issues that may come before the Court at sentencing and additional time would be helpful to complete those discussions and potentially narrow those issues.

    I have discussed the proposed adjournment with both the government and counsel for the victim in this matter, the New York City Correctional Officers' Benevolent Association ("COBA").  Both consent to an adjournment of sixty days.  I appreciate the Court's consideration.

Respectfully submitted,

/s/*Noam Biale*
Noam Biale

*Attorney for Jona Rechnitz*

cc:   AUSA Lara Pomerantz (by ECF)

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156

Application GRANTED.  Defendant's resentencing is hereby ADJOURNED to **April 3, 2024** at **11:00 a.m.**  The deadline for the parties to submit supplemental sentencing submissions is hereby ADJOURNED to **March 13, 2024**; any responsive submissions are due on or before **March 20, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 212.

Dated:     December 27, 2023          SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE