

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 11, 2024

**By ECF**

**MEMO ENDORSED**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Jona Rechnitz*,
                16 Cr. 389 (KPF)

Dear Judge Failla:

    The Government respectfully writes in the above-captioned matter to request that the Court endorse a proposed protective order, which is enclosed. For the reasons set forth in the proposed order, and with the consent of defense counsel, the Government respectfully requests that the Court endorse the enclosed order.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    s/ Lara Pomerantz
        Lara Pomerantz
        Assistant United States Attorney
        (212) 637-2343

cc:    (by ECF)

        Counsel of Record

Application granted.  The Court will enter the Order under separate cover.

The Clerk of Court is directed to terminate the pending motion at docket entry 230.

Dated:     September 12, 2024        SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE