UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                -v.-<br><br>JONA RECHNITZ,<br><br>                         Defendant. | 16 Cr. 389 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The sentencing scheduled for June 11, 2025, is ADJOURNED to **August 12, 2025, at 3:00 p.m.** in the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The date to submit sentencing submissions is ADJOURNED to **July 29, 2025**; any responsive submissions shall be filed on or before **August 5, 2025**.

       SO ORDERED.

Dated:  May 19, 2025
             New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge