UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JONA RECHNITZ,<br><br>Defendant. | 16 Cr. 389 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The sentencing scheduled for August 12, 2025, is ADJOURNED to **November 12, 2025, at 3:00 p.m.** in the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The date to submit sentencing submissions is ADJOURNED to **October 29, 2025**; any responsive submissions shall be filed on or before **November 5, 2025**.

SO ORDERED.

Dated: July 22, 2025
New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge