UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JONA RECHNITZ,

Defendant.

16 Cr. 389 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The sentencing scheduled for November 12, 2025, is hereby ADJOURNED to **January 21, 2026**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The deadline for the parties to submit supplemental sentencing submissions is correspondingly ADJOURNED to **January 7, 2026**; any responsive submissions shall be filed on or before **January 14, 2026**.

SO ORDERED.

Dated: October 20, 2025
New York, New York

KATHERINE POLK FAILLA
United States District Judge