# EXHIBIT A

Jona Rechnitz
Los Angeles, CA

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**Dear Judge Failla,**

Thank you for the opportunity to write to you again. I remain grateful for your time, your attention, and the seriousness with which you approach decisions that profoundly affect lives. I write with humility and with a full awareness of the responsibility I bear for being before the Court.

As more time passes, I do not feel further removed from what I did. On the contrary, I feel more accountable for it. With distance has come clarity, and with clarity, a deeper understanding of the consequences of my actions, not only for myself, but for others.

First and foremost, I want to restate clearly and without qualification that I accept full responsibility for my crimes. I violated the law and I abused trust. I knew what I was doing was wrong, and I did it anyway. Nothing that has happened since excuses that. I do not blame circumstances, pressure, ambition, or anyone else. The fault is mine, and I live with that knowledge every day.

What has changed over the past decade is not my responsibility, but my perspective.

I am now in my forties. Three of my children are teenagers, and one has already graduated high school. I no longer see the world primarily through the lens of ambition or achievement, but through the lens of example. My role today is not simply to provide for my family financially, but to protect them through how I live, how I behave, and how I take responsibility for my failures. They are old enough now to observe not just what I say, but what I do, and to judge whether I live with integrity.

That reality has been sobering.

Over the past ten years, my family and I have lived with the stigma of my crime. My wife and children did not commit it, yet they carry its weight alongside me. As part of my cooperation with the government, I testified truthfully, including against another member of the Jewish community. That decision, which I made knowingly and with full awareness of the consequences, has subjected my family to criticism, judgment, and social punishment, often not for what I did wrong, but for cooperating at all. People have scolded my wife and

1

children, not for my crime, but for my honesty afterward. That stigma has not faded with time, and I understand it may follow us for many years to come.

I do not raise this to ask for sympathy. I raise it to acknowledge reality, and to say plainly that I accept it as part of the price of my actions.

Because of the emotional toll this has taken, I made sure that my older children received professional counseling. I did so not because they were failing, but because I refused to allow my mistakes to quietly shape their inner lives without support. Watching my children process pain that I caused has changed me profoundly. It has reshaped how I think about responsibility, accountability, and, most importantly, integrity, not as abstract values, but as daily obligations.

My wife, Rachel, has carried this burden beside me with strength and grace I did not earn. She has lived for years with the label attached to my name, with the fear of resurgence whenever we believe a chapter has closed. We have built resilience together, but that resilience has come at a cost. I will always regret that my actions imposed that cost on her and on our children.

Professionally, I have had to rebuild my life carefully and honestly. I need to work and I need to provide. Yet even this is complicated by my past. I negotiate business arrangements for myself and others, and in doing so I am frequently confronted with threats, explicit and implicit, that someone will use my crime if a deal does not go their way.

My criminal history is leveraged against me as a form of pressure. This is, in effect, a type of extortion, and it is something I now face regularly. I do not respond with anger or retaliation. I respond by staying within the law and documenting everything, because I understand that I have no margin for error.

I share this not as a complaint, but as an acknowledgment of the long shadow my actions cast. This is part of the accountability I live with.

It has been ten years of difficulty, and I know there will be many more.

Yet despite all of this, I have not retreated from responsibility. I have continued to cooperate with the authorities as I promised the government and Judge Hellerstein I would do. I have worked to live honestly, to rebuild without shortcuts, and to model for my children what it looks like to accept consequences rather than evade them. I cannot erase the past, but I can ensure that my future conduct is guided by lessons learned the hard way.

Finally, I'm most sorry to the correctional officers, who were the victims of this bribery scheme. I meant them no harm, but by participating in this conduct, I took them for

granted, and I contributed to their financial losses. I am sure, at least in many cases, personal difficulties associated with those losses. For that I am truly sorry and live with the guilt to this day.

Your Honor, thank you again for allowing me to speak. I understand the seriousness of this moment, and I respect the weight of your decision. Whatever judgment you render, I will accept it. I ask only that you know that I approach this Court not with excuses, but with remorse, accountability, and a genuine commitment to live with integrity going forward.

Respectfully,

**Jona Rechnitz**