# EXHIBIT B



Mordechai Fried
Jerusalem, Israel

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Dear Judge Failla,

My name is Mordechai Fried, and I am the President and Founder of Saad V'Marpe of Israel, a volunteer-based emergency medical services organization providing service throughout the country. I write with respect to share my personal knowledge of Jona and his character, based on a relationship that spans many years.

I have known Jona since he was a student, at a time when he was still finding his way professionally and personally. Even in those early years, he demonstrated a genuine desire to help others within the limits of what he could afford. Jona actively sought ways to support our organization, encouraging fellow students to volunteer their time and energy, and helping to galvanize support for our lifesaving mission. His involvement was never about recognition; it was about contributing meaningfully where he could.

In the years since, and particularly following the horrific Hamas terror attacks of October 7, Jona has once again stepped forward in a significant and impactful way. In the aftermath of the attacks, when Israel was facing immense trauma and loss, Jona leveraged his relationships and connections in the business and public spheres to bring attention, solidarity, and tangible support to victims of terror and first responders.

Most notably, Jona played a central role in encouraging and facilitating humanitarian visits to Israel by prominent figures, including sports celebrity Floyd Mayweather, who has a following of millions worldwide. Through Jona's efforts, Mr. Mayweather came to Israel to stand in solidarity with the Israeli people, to visit blood banks, hospitals, and affected communities, and to meet directly with victims and families who suffered devastating losses on October 7.

During these visits, Jona and those he brought with him spent substantial time in hospitals meeting those wounded, offering encouragement, distributing clothing and gifts such as sweatshirts and hats, and, most importantly, showing these victims that they were not forgotten. In many cases, these visits included time with family members of the injured, providing comfort during moments of deep pain and uncertainty.

Jona did not stop at a single visit. He was involved in bringing Mr. Mayweather and others to Israel on multiple humanitarian trips since the October 7 attacks, using each opportunity to raise awareness and morale during an extraordinarily difficult period. In addition, Jona helped organize and send a plane loaded with supplies, including clothing, toys, and essential items, for families and communities who were forced to evacuate after their homes, towns and villages were destroyed.

Beyond these efforts, Jona has also been involved in fundraising initiatives and in attending support events for victims of terror in cities including Miami, New York, and Los Angeles. His presence at these events was not symbolic; it was active and purposeful, demonstrating a sustained commitment to helping those affected by violence and terror rebuild their lives.

From my perspective as someone who has dedicated his life to saving lives and building medical clinics and acting as an emergency response organization, I value people who act quietly, consistently, and sincerely. I have seen Jona do exactly that, not only in moments of comfort, but especially in moments of crisis.

I am aware that Jona has taken responsibility for his past actions and has lived with their consequences for many years. What I can attest to, without hesitation, is that his actions since reflect personal growth, accountability, and a renewed commitment to doing good for others. His contributions since the October 7 attacks, in particular, have had real impact on real people during one of the darkest chapters in Israel's recent history.

Thank you, Your Honor, for allowing me the opportunity to share my perspective.

Respectfully,
Mordechai Fried
President & CEO
Sa'ad V'Marpe Bikur V'Ezras Cholim

Jared Rechnitz

▮
▮

1/12/2026


Honorable Katherine Polk Failla

United States District Court

Southern District of New York


    I am writing you today, to offer a perspective, on who my brother Jona really is, as a brother, a son, a parent, a friend, and a professional.

    In my family, we are three siblings, Jacqueline, Jona, and me. I am the youngest by 8 years, and while in some cases that may mean a gap in connection between siblings, in our case it is not, and that is all because of Jona. Jona is a warm and inviting person, and brightens up a room with love and happiness. Family is and always has been his number one priority, and he always made sure my sister and I were included in every activity, every conversation, and every joke. I was never treated as a younger brother, but rather, Jona was always a sort of parent to me. I have always and continue to look up to Jona for many of his qualities. I would like to name a few of those qualities through my lens as his brother. It is because of Jona, that in my 29 years, I cannot remember a single serious fight Jona and I have ever had, as Jona always puts me first. He was always the first person to apologize, even if he was not in the wrong, as he consistently puts my needs before his. It is because of Jona, that every member of my family ends any phone call with each other with, "I love you", before hanging up. It is because of Jona that I have become a more open person with how I am feeling. I tend to hold things in and keep them to myself, however, Jona has a way of always figuring out what I need at any given moment without a word. One such instance of this really burns in my mind, although Jona probably does not even remember it, as his generous and caring personality comes so naturally to him. I had just come out of a difficult relationship, and I was having a very hard time dealing with it. Jona and Rachel were living in Los Angeles for the summer and I was alone in New York in school. Jona sensed something in my voice and within an hour of us hanging up, he sent me details to a flight he had booked for me to Los Angeles. I came home for the weekend and spent a much needed weekend with my family because of Jona. This generous behavior is not the moment of this story that I am writing about. You see, this story is not about how Jona paid for my flight to Los Angeles. This is about my ride back to the airport when it was time to return home. The airport is just a thirty-minute ride from my parents' house, and generally I take a cab. This particular trip it was very hard to leave, and without a word Jona sensed it. He insisted on taking me to the airport himself, so we could spend some time together and talk. I can tell you confidently, that the thirty-minutes we spent together really changed my entire outlook and state of mind, and I left with a good feeling. Jona's generosity is so much more than monetary support

he has given to so many worthy charities and individuals in need. Jona is one of those special people that helps you in any way, be it emotionally or mentally, but yet makes you feel good about it, and never less of yourself for needing help.

While Jona and Rachel still lived in New York, they lived only a few blocks away from me. I spent almost every Shabbat with them, and they always encouraged me to bring guests. You can tell a lot about someone by who he hosts at his Shabbat table. People often host friends, business colleagues, and family, but not Jona. More often than not, Jona's table was filled with guests who may not have been invited out, were forgotten about, or were alone. New York is a big community, and many people slip through the cracks, even with all the Shabbat programs. Some people don't feel comfortable asking for a meal or a place to go. Jona always had a way of seeking out those people and making them feel very wanted and welcome. It is not an exaggeration at all when I say that Jona and Rachel's Shabbat table hosted widows, orphans, divorcees, people new to the community, foreigners, and just people who were in need. It was a common routine that on many Friday nights, we would walk into the apartment, and Jona would whisper to Rachel that we needed another place setting, as he invited someone in synagogue who didn't have a meal. He would then proceed to make this last minute guest feel as if they were the most important person in the room, seating the guest next to him, so they could speak them the whole night.

Another characteristic I look up to Jona for, is how he is as a parent. He has a way of making each child feel included in everything, but yet special individually at the same time. It is very impressive to me how involved he is as a father in every aspect of his children's lives. It is very gratifying to see how so many of his wonderful qualities are starting to manifest themselves in my nieces and nephews. I am now a parent and spend 2-3 months a year in Los Angeles in the summer. A significant amount of our time is spent at Jona's home where I get to see firsthand the quality of his children and household. There is an open house feeling not just to family but friends as well. Kids of all ages are always in and out of their home, whether it be playing sports, playing games, or just hanging out and socializing. Their home is a beautiful environment and is indicative of the type of place they have created in the community. My children spend a large portion of their time around Jona's children and it leaves a lasting impression on our family each summer. We consider Jona's children as well as Jona and Rachel to be excellent role models for our children to look up to and to emulate.

One of Jona's best characteristics is his involvement in the community. Jona has never been one to stand idly by when he can make a difference. The amount of drama and often involved in organizations, schools, and charities, tends to scare many people away, but not Jona. When Jona believes something is right or that he can help the community in any way, he always steps up. So many times, I would be at his home watching him on the phone at very late hours, settling other people's personal or business disputes, just to make peace between them. Many of these late night calls involved ways to improve the local schools or synagogues. I think during this trying time of the last few years, it has been especially hard for Jona to not be able to be as involved in helping the community. I know how much it has deeply hurt him, that people have removed him from boards, asked him to step down, or have turned their back on him. Many of these individuals have been former close friends, or people that Jona has helped tremendously in many ways. As my big brother, Jona's main concern has still been for me not to worry about his situation, always putting on a strong face for me, and telling me that everything is ok. However, I know that nothing has been ok. Jona is not the person he is portrayed to be in many media

outlets. It has been incredibly painful on Jona and my entire family to read and hear negative things about him. People can be extremely cruel, and have been so on many occasions. Jona moved to Los Angeles a couple of years ago, as he was essentially chased out of New York. He could not go anywhere without receiving a dirty look or a malicious comment. People pushed for synagogues to kick him out. If he dared enter a restaurant to order dinner, pictures quickly circulated of him, demeaning him as if he had no right to live. Unfortunately, this is one of the downsides of being part of a very insular community. Rumors, whether true or not travel very fast. Even once he moved to Los Angeles, the attacks did not stop. A video was circulated, in which a man approached a car that Jona was driving with Rachel, where the man starts berating Jona and even Rachel with harassing questions. Around the same time, a picture circulated in which Jona was eating dinner with Rachel at a local restaurant. These videos and pictures were not filmed secretly, but rather by people holding a camera right up to Jona's face, to shame him and Rachel for being out in any way. The past few years have been a personal hell for Jona, and he has paid the price for his actions tenfold. This price however, was not only reserved for Jona, but for anyone by association. Rachel has been shunned by many former friends, his kids have been looked down upon, and many venomous remarks have been spat at my parents. I personally still live in New York, and it has affected me terribly as well. In our dating world, people often meet through being set-up. In fact, Jona and Rachel have made several matches who are now married. I am married with children now, however, back when I was dating, there were several instances in which Jona's situation affected my relationships. Many people were very quick to approach whoever I was dating at the time, or her parents, and let them know what a horrible person my brother is, or that they should stay away from my family. I was kicked off of sports teams I was asked to play on, I was ignored on the street, and even professionally or at school I get the question of "are you related to Jona Rechnitz". As difficult as this has been for me, it has been worse for me to see the tremendous burden of guilt Jona feels for having brought this upon us. So much so, that I have kept many of these instances from him to this day, as I know the guilt and regret would be too difficult to carry around, as he is suffering from it too much as it is. A few years back around the time of the high holidays, Jona wrote a letter to the entire family, in which he apologized deeply for how his actions have affected us, and let us know how much he loves us. Every word of this letter is etched in my mind, as I cannot begin to fathom the pain and suffering Jona has felt over these last few years. There has been no escape or reprieve from the situation, and the maliciousness thrown his way, and towards his family. I remember a few years back when My father, Jona, and I were sitting in our family synagogue during the High Holidays. This was not just an ordinary synagogue, but a synagogue we have prayed in for three generations, and which is attached to the school we have attended for three generations. During this time, it is customary for the synagogue to hold an appeal for charity to support it by selling certain services during the prayer. Jona wanted to buy one of these services to honor my father, especially considering everything we were all dealing with during Jona's situation, but he did not want the attention that goes along with bidding. As such, he bought this honor anonymously for my father, as well as the Rabbi of the congregation, who is a close friend of Jona's, and who provided much needed advice to Jona during this time, on matters of Jewish law. One member of the congregation made it his business to figure out who purchased the honor, and then proceeded to leave services in the middle, subsequently going to a different synagogue to spread the word of Jona's donation to purchase the honor. This service was solely meant as both an act of gratitude towards my father, and charity towards the synagogue. Furthermore, within hours of the conclusion of the holiday, the same individual contacted the New York Post, and there was

an article in the newspaper about it, demeaning Jona and his selfish spending. Jona's punishment has been very severe for his actions, as it has seeped into every aspect of his and our lives, be it professionally, emotionally, and even religiously. During this time of repentance, I can assure you that Jona regrets and has paid for his actions enough. Furthermore, while many ask me "are you related to Jona Rechnitz", expecting embarrassment, I can wholeheartedly say "yes" and I am very proud that he is my brother, as I know the person that he really is.

Your Honor, I ask that you consider all the pain and suffering that Jona and my family have already endured when determining his future. I especially ask that you consider the side of Jona that was not in the news. Jona the caring brother and best friend, Jona the involved father to his children, Jona the helping hand, Jona the generous shoulder to lean on- the real Jona.

Sincerely,

Jared Rechnitz



# Congregation Kahal Chasidim She'aris Yaakov

9126 W. Pico Boulevard Los Angeles, CA 90035
www.kahalchasidim.com    (845) 659-4041

January 12, 2026

Honorable Katherine Polk Failla

United States District Court

Southern District Of New York

500 Pearl St.

New York, NY 10007

My name is Rabbi Dovid Sochet. I respectfully submit this letter to share my personal experience and perspective regarding Mr. Jonah Rechnitz.

I am the eldest son of the Rebbe of the Hasidic dynasty of Karlin–Stolin, a worldwide Jewish community numbering approximately 10,000 members. Eleven years ago, I relocated from New York to Los Angeles in order to establish and lead a Hasidic center on the West Coast. Building and sustaining a religious community from the ground up has been both a privilege and a considerable challenge, one that continues to this day.

I first met Mr. Rechnitz several times before he began attending our synagogue approximately five years ago. Prior to that period, I had heard various rumors and negative accounts about him, including allegations concerning his conduct in New York. As a result, I initially kept my distance and was unreceptive toward him.

My perspective changed during one Shabbos morning in a moment that left a lasting impression on me. Jewish law requires the presence of ten adult men in order to conduct communal prayer. That morning, our synagogue was short of the required number. Mr. Rechnitz noticed this on his own initiative and, without being asked, stood outside the synagogue and actively recruited additional participants so that the congregation could pray. This seemingly simple act revealed kindness, responsibility, and selflessness that stood in sharp contrast to what I had previously heard. From that point forward, our relationship began to develop.

As I came to know him better, Mr. Rechnitz spoke openly and candidly with me about his past. I came to recognize that I had accepted hearsay rather than judging him fairly. What I saw was a man who genuinely regretted his past mistakes and who had emerged from difficult experiences more mature, reflective, and committed to personal growth. Over time, his dedication to his faith and to communal responsibility has only strengthened.

Mr. Rechnitz has consistently opened his home and extended help to those in need. I have personally referred many individuals—often destitute—for meals or lodging. Mr. Rechnitz and his family never turned anyone away, even during periods when he himself was under significant financial strain. Each person was received graciously and with dignity.

As a community rabbi, I am frequently approached by individuals facing financial hardship and by charitable organizations seeking assistance. Whenever I asked Mr. Rechnitz to help—either through personal contributions or by quietly mobilizing others—he responded repeatedly and generously, often insisting that his involvement remain anonymous. The same has been true with regard to our own congregation. He has played a meaningful role in creating opportunities for growth by offering guidance and facilitating financial support through his network. His efforts significantly eased the burden of sustaining and expanding our synagogue, for which I remain deeply grateful.

Mr. Rechnitz has also demonstrated a sincere and unusual ability to bring peace in situations where others could not. In one particularly meaningful instance, a man had refused to grant his wife a Jewish divorce (a get) for over fifteen years. During that time, the wife, living in Arizona, was prevented under Jewish law from remarrying, while the husband became increasingly isolated due to communal frustration. Mr. Rechnitz asked to speak with him privately, with the goal of acknowledging his feelings while gently encouraging resolution. After several hours of discussion, the husband agreed that same day to grant the get, freeing his wife from years of suffering and bringing profound relief to all involved—an outcome no one else in the community had been able to achieve. Mr. Rechnitz has similarly intervened on numerous occasions to reconcile individuals in serious conflict.

It should also be noted that Mr. Rechnitz and his family have endured significant social hardship as a result of persistent criticism and negative commentary within the community. Even I, as the rabbi of this congregation, have at times been confronted with anger from others directed toward him. Despite this, Mr. Rechnitz has remained steadfast in his efforts to help others and to contribute positively to communal life.

Jewish law places great emphasis on forgiveness and mercy. Maimonides teaches: "When one who has sinned seeks forgiveness, he should be forgiven wholeheartedly and sincerely. Even if he has wronged another greatly, one should not be cruel or vengeful" (Mishneh Torah, Laws of Repentance 2:10). As we stand at the beginning of a new year, a time traditionally devoted to reflection, repentance, and renewal, these values are especially meaningful.

With humility and respect, I therefore ask Your Honor to consider mercy and leniency on behalf of Mr. Rechnitz and his family, and to allow this new year to begin on a positive and hopeful note.

While justice is essential to the functioning of society, Jewish tradition teaches that the world itself was created in order to sustain humanity. I conclude by offering my sincere blessing to Your Honor, who bears the immense responsibility of balancing justice with compassion. May God grant you wisdom, strength, and protection for you and your family.

Respectfully submitted,

Rabbi Dovid Sochet

Kahal Chasidim Shearis Yaakov

Los Angeles, California

Rabbi Steven Burg

January 12, 2026

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Failla,

I have known Jona Rechtnitz for well over a decade. We first met through my work in the Jewish communal world, and over the years our relationship developed through shared involvement in charitable and communal efforts. I have had the opportunity to observe Jona closely, both personally and professionally.

What initially drew me to Jona was his unusually large heart. When situations arose involving people in genuine need, he was often among the first to respond. I recall vividly a time when a rabbi connected to his school had fallen on hard times and required employment. Jona personally arranged work for him as a security guard at one of his properties, restoring both dignity and stability to that individual's life.

Jona's office became a place where people in distress sought help. He demonstrated a consistent inability to ignore suffering when it was placed before him. Although Jona was relatively young, I quickly came to value his judgment and perspective, recognizing a depth of compassion and seriousness that stood out in my own work.

I was also close to Jona when the events underlying this case came to light. I remember a private conversation in which I asked him what he had learned from the experience. He spoke openly about his remorse and his desire to make things right. That conversation left a lasting impression on me, as I found his regret to be sincere and deeply felt.

The public narrative surrounding Jona has often been shaped by media portrayals that emphasize only one dimension of his life. Those portrayals do not reflect the complexity of the person I have known for many years.

Jona has faced intense communal pressure and social isolation as a result of his decision to testify. I personally witnessed the toll this took on him, including moments of public humiliation and exclusion. These experiences have had a profound impact on his life over the past several years.

Since the October 7th massacres in Israel, I have personally witnessed Jona dedicate himself to helping those devastated by the violence. In my work within the Jewish community, which includes frequent writing and media engagement, I have seen firsthand the efforts Jona has made to support widows, orphans, and families whose lives were shattered by the killings. His response was immediate and sustained. He devoted significant time, personal energy, and resources to assisting victims and their families during a period of immense trauma and loss.

Jona also leveraged his personal relationships to mobilize additional support for Israel during this crisis. This included facilitating substantial charitable contributions and meaningful on-the-ground involvement from individuals such as Floyd Mayweather, who donated generously and personally spent time in Israel offering support. These efforts were not public gestures, but practical acts aimed at alleviating suffering during one of the darkest moments the Jewish people have experienced in recent memory.

I respectfully ask the Court to take into consideration both the hardship Jona has endured over these past years and the consistent pattern of generosity, responsibility, and compassion he has demonstrated, particularly in the aftermath of October 7th, when determining an appropriate sentence.

Respectfully submitted,

Rabbi Steven Burg

Robert Rechnitz
Los Angeles, CA

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Dear Judge Failla,

I am sorry to say that Jona, by his actions, lost his integrity and acted contrary to his faith and upbringing. Notwithstanding his goodness and his affinity for helping others, he crossed a line that could never be reversed for the rest of his life. Regardless of his state of maturity at the time, his decisions impacted him and his entire family, and have consumed us for many years.

When Jona decided to come forward and notify the government, he immediately called a family meeting and apologized to my wife, myself, and each of his siblings for his transgressions. He has continued to apologize and express regret to this day. He carries the burden of shame for what he caused our family.

Growing up, Jona was always a great source of pride for us. My wife and I constantly received compliments from parents of friends, elderly people, members of the New York community on the West Side once they moved there, and business associates. Never would I have believed that Jona could be involved in the crimes that took place. I offer no excuses for his actions, which were contrary to the way he was raised and to the examples set in our family.

I do, however, understand that with business success at a young age came immaturity and impulsive decisions. I too share responsibility for many of Jona's actions. It was unfair of me to allow him to take on so many responsibilities without my guidance and involvement. In his quest to prove himself independent and to become a mover and shaker in the New York community, he rationalized decisions that he should not have made. I should have seen the warning signs and intervened earlier.

Jona, as a religious Jew, has always assisted people and benevolent and philanthropic organizations. Sadly, he also received a painful lesson by watching some of those same organizations turn their backs on him, learning that one is often only as good as the last favor performed. This too has been a lasting lesson.

Your Honor, despite all the pain this experience has brought, I have seen Jona repent on every level. He suffered tremendous financial losses in real estate when partners took advantage of his position as a felon to strip him of promoted equity in investments. I believe this was yet another difficult lesson.

Jona lost his direction, but he is now solidly back on track, practicing and appreciating the most important elements of being a self-respecting person.

Jona and his wife Rachel relocated to Los Angeles with their six children, where they have established a much more humble and grounded life. Over the past several years, they have become part of the Los Angeles community and are generally well accepted and well respected by those who know them. Their children have attended school there and have built stable lives. Their oldest son, now twenty years old, has already graduated and moved on to attend school out of town.

Jona returned to the basics of living and maintaining a family. He continues, together with Rachel, to participate in acts of kindness to others and being involved in charitable work. He remains a friend that people can lean on. The quality time he spends with his wife and children far exceeds the time he was able to give them when he was living at a fast pace in New York.

The move has done them well, and Jona has worked to build a new business. On two separate occasions in recent years, he was independently approached by both sides in unrelated business disputes between friends, each asking for his advice and guidance. In both cases, Jona successfully mediated settlements that resolved the disputes amicably. These experiences reflect the trust others place in him and his genuine desire to help people find resolution rather than conflict.

At the same time, it is important for the Court to understand that the consequences of this matter have not diminished with time. It has now been ten years since these events began, and Jona, his wife, his children, and our entire family continue to pay dearly on a regular basis. There have been painful instances in which Jona's children returned home from school after being approached by classmates repeating disparaging remarks heard at family tables, comments suggesting that their father had harmed others in the Jewish community by cooperating with the authorities.

There was also an instance in which individuals protested Jona's membership in a synagogue solely because he testified against another Jew. It is deeply disheartening to witness behavior that fails to recognize that Jona took responsibility for his actions a decade ago, faced the consequences, and provided a full and truthful accounting of

everything in which he was involved. Some have chosen to weaponize this against him, rather than acknowledge the moral courage required to accept responsibility.

We have watched Jona suffer through this ongoing judgment quietly and with dignity, day after day, year after year.

Jona lives with the shame and pain of what he did and what he caused to others. Yet he did not wait for further government action; he immediately took ownership of his crimes and offered full support and cooperation.

Jona is a sensitive individual who is deeply concerned with doing the right thing. Your Honor, I can say with sincerity that he is repentant, has changed his life, and has learned from his mistakes. He is a devoted husband and father. His wife and children are flourishing academically and socially, and together Jona and Rachel have worked tirelessly to provide a stable, loving, and healthy home environment, even as this cloud continues to hang over them.

Your Honor, I plead for leniency for my dear son, so that he may continue to maintain his family's stability and not lose the progress he has made. Six children need the care and presence of two parents.

Humbly,

**Robert Rechnitz**