

# CORRECTION OFFICERS' BENEVOLENT ASSOCIATION, INC.

"PATROLLING THE TOUGHEST PRECINCTS IN NEW YORK"

**Benny Boscio Jr.**
President

**Glenn Morgan**
1st Vice President

**TBD**
2nd Vice President

**Antoinette Anderson**
3rd Vice President

**Angel Castro**
Treasurer

**Lionel I. Cumberbatch**
Financial Secretary

**Daniel Monaco**
Legislative Chairman

**Kamaal Moore**
Corresponding Secretary

**Neil Renois**
Recording Secretary

**Edward Yates**
Sergeant-At-Arms

**Rodney McQueen**
First City-Wide Trustee

**Lateesha Harris**
Manhattan Borough Trustee

**Christopher Cruz**
Brooklyn Borough Trustee

**Vanessa Quinones**
Bronx Borough Trustee

**TBD**
Queens Borough Trustee

**William Kwasnicki**
Retiree Consultant

**Karasyk & Moschella**
General Counsel

**Joey Jackson Law PLLC**
Criminal & Discipline

February 18, 2026

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Dear Judge Failla:

I am the President of the New York City Correction Officers Benevolent Association ("COBA"), which represents thousands of hardworking corrections officers. I respectfully submit this letter to convey the seriousness of Jonah Rechnitz's crime against COBA and its members. Our members perform some of the most difficult work in public safety under enormously challenging circumstances. Your Honor well knows the devastating harm that Mr. Rechnitz inflicted, and his crimes call out for a term of imprisonment regardless of the extent of his self-interested assistance to prosecutors.

Substantial justice for COBA's membership cries out for a meaningful term of imprisonment, both as a deterrent and a warning to future fraudsters. If for no other reason, imprisonment will warn future fraudsters that such disgraceful, sinful conduct will not go unpunished. Thank you for your consideration.

Respectfully,

Benny Boscio
President

