

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 6, 2026

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Jona Rechnitz*, 16 Cr. 389 (KPF)

Dear Judge Failla:

    The Government respectfully writes to provide the Court with correspondence the Government received. The Government will confer with counsel for the defendant regarding the contents of the enclosed.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:   s/ Lara Pomerantz
    Lara Pomerantz
    Assistant United States Attorney
    (212) 637-2343

cc:   (by ECF)

    Counsel of Record