**To:**

The Honorable Katherine Polk Failla

United States District Judge

Southern District of New York

Thurgood Marshall U.S. Courthouse

40 Foley Square

New York, NY 10007

**Re:** United States v. Jona Rechnitz, 16 Cr. 389 (KPF)

**From:** Bijan Ahdoot

**Date:** February 23, 2026

Dear Judge Failla,

I write to Your Honor today with a heavy heart but a clear and urgent purpose. I am a member of the Orthodox Jewish community—a community that places the highest value on charity (tzedakah), integrity (yosher), and the sanctity of the law (dina d'malchuta dina). I am writing to voice my profound anguish and urgent fear regarding the sentencing of Mr. Jona Rechnitz.

For years, I have watched Jona Rechnitz operate under a terrifying paradox: he is a convicted felon who walks free, a "cooperating witness" who continues to victimize the very people he is supposed to have stopped harming. The government presents him to this Court as a man who has assisted in the pursuit of justice. But to those of us on the ground—in Los Angeles, in New York, and now in Florida—he is a predator who uses his cooperation agreement as a weapon to silence his victims.

Your Honor, the picture of rehabilitation Mr. Rechnitz attempts to paint in his sentencing submissions is a mirage. While his lawyers draft memos about his contrition, Mr. Rechnitz is actively locating his next target.

> **Betrayal of Trust:** I have seen him destroy the livelihoods of honest diamond dealers in our community. He utilized our sacred customs of trust—taking millions in goods on a handshake and a blessing—only to refuse payment, claim he was robbed, and force honest families into bankruptcy.
>
> **The Celebrity Trap:** I have seen him parade with celebrities like Floyd Mayweather, using their fame to lure unsuspecting investors into fraudulent schemes, from nonexistent jewelry deals to crypto-scams. He sells "access" that is nothing more than a trap.
>
> **Weaponizing the Government:** Most chillingly, I have seen him threaten fathers and families. As recently as this year, in the case of Mr. Jayson Winer, Rechnitz did not just

steal money; when confronted, he threatened to weaponize the FBI and Family Services against a father of three. He explicitly told his victim that because he works for the government, he is untouchable.

Mr. Rechnitz uses his yarmulke as a prop and his status as an informant as a shield. He relies on the fact that our community is often hesitant to speak out, fearing the shame of public scandal (chillul Hashem). He counts on our silence.

But I can no longer be silent. A man who uses the Department of Justice's protection to commit new crimes makes a mockery of this Court and the entire legal system. If he walks away with a light sentence, the message will be clear: You can steal, you can threaten, and you can destroy lives, as long as you have a 5K1.1 letter in your pocket.

I respectfully ask that the Court look beyond the cooperation and see the criminal who remains. I ask that you impose a sentence that reflects the ongoing menace he poses to our community and the public at large. Please, do not give him the opportunity to create another victim.

Respectfully,

Bijan Ahdoot