# SHER TREMONTE LLP

May 7, 2026

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007



Re:     *United States v. Jona Rechnitz*, 16 Cr. 389 (KPF)

Dear Judge Failla:

I represent Jona Rechnitz.  I write on behalf of my client to make two requests in advance of his surrender to federal custody to serve the sentence this Court imposed on March 20, 2026.

First, upon further consideration, Mr. Rechnitz respectfully requests that the Court amend its recommendation for the Bureau of Prisons' designation to recommend the Federal Satellite Camp at Otisville, which is the facility that will be best equipped to support Mr. Rechnitz's religious observance.

Second, Mr. Rechnitz respectfully requests permission to travel to Canada to visit his grandmother in advance of his surrender.  As Your Honor knows, Mr. Rechnitz has traveled internationally, and returned to the United States, on many occasions without incident.  Should the Court grant this request, Mr. Rechnitz will provide a specific itinerary to the government.

I respectfully request that the Court grant these two requests.  Mr. Rechnitz appreciates the Court's consideration.

Respectfully submitted,

/s/*Noam Biale*
Noam Biale
SHER TREMONTE LLP

*Attorneys for Jona Rechnitz*

cc:     All counsel of record (by ECF)

90 Broad Street | 23rd Floor | New York, NY  10004
www.shertremonte.com | tel 212.202.2600 | fax 212.202.4156

Application GRANTED.

The Court hereby AMENDS its recommendation for the Bureau of Prisons' designation to recommend the Federal Satellite Camp at Otisville.  In addition, Defendant's request for permission to travel to Canada to visit his grandmother in advance of his surrender is GRANTED.  Defendant is directed to provide a specific itinerary to the Government and to surrender to the FBI the passports of his wife and children during his visit.

The Clerk of Court is directed to terminate the pending motion at docket entry 269.

Dated:    May 14, 2026            SO ORDERED.
          New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE