# SHER TREMONTE LLP

July 10, 2026

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007



**Re:**    ***United States v. Jona Rechnitz***, 16 Cr. 389 (KPF)

Dear Judge Failla:

We represent Jona Rechnitz.  We write on behalf of our client to respectfully request that the Court enter an order staying Mr. Rechnitz's surrender to custody.  As noted in our prior correspondence, we are not seeking another adjournment of the surrender date and this is not an adjournment request; however, today, Mr. Rechnitz filed a petition for panel rehearing and rehearing *en banc* of the Second Circuit's June 23, 2026 order denying him bail pending appeal.  Mr. Rechnitz intends to move for a stay in the Circuit while it considers the petition.  Pursuant to Federal Rule of Appellate Procedure 8, Mr. Rechnitz is first moving in this Court before he does so in the Court of Appeals, recognizing that the Court has already made its view with respect to the surrender date clear.  Nonetheless, we respectfully request that the Court grant a stay, and to the extent the Court intends to deny this application, we respectfully request that it do so expeditiously.

We appreciate the Court's consideration.

Respectfully submitted,

/s/ *Noam Biale*
Noam Biale
Michael Bass
SHER TREMONTE LLP

*Attorney for Jona Rechnitz*

cc:    All counsel of record (by ECF)

Application DENIED.

The Clerk of Court is directed to terminate the pending motion at docket entry 272.

Dated:     July 10, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE